Judge: Rebecca R. Pallmeyer
Magistrate Judge: Young B. Kim
Filed: 12/26/12
Case: 12cv10279
emt

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION      MDL No. 2272

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −133)**

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 802 F.Supp.2d 1374 (J.P.M.L. 2011). Since that time, 775 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Rebecca R Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 26, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ EUNICE M. TEJEDA
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
December 26, 2012

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**  MDL No. 2272

**SCHEDULE CTO−133 − TAG−ALONG ACTIONS**

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| CALIFORNIA CENTRAL | | | | |
| CAC | 2 | 12−02884 | Wilhelminia Cherry v. Zimmer Inc et al | 12cv10276 |
| CAC | 2 | 12−05339 | Lynette Jean Hanson v. Zimmer Inc et al | 12cv10277 |
| CAC | 2 | 12−05340 | Gordon Melvin v. Zimmer Inc et al | 12cv10278 |
| CALIFORNIA EASTERN | | | | |
| CAE | 1 | 12−01559 | Fenn v. Zimmer Holdings, Inc. et al. | 12cv10279 |
| COLORADO | | | | |
| CO | 1 | 12−03101 | Strain v. Zimmer, Inc. et al | 12cv10280 |
| DISTRICT OF COLUMBIA | | | | |
| DC | 1 | 12−01791 | RUBENSTEIN v. ZIMMER HOLDINGS, INC., ET AL | 12cv10281 |
| ILLINOIS CENTRAL | | | | |
| ILC | 3 | 12−03252 | Selzer v. Zimmer, Inc. et al | 12cv10282 |
| INDIANA NORTHERN | | | | |
| INN | 3 | 12−00681 | Kallsen et al v. Zimmer Inc et al | 12cv10283 |
| INDIANA SOUTHERN | | | | |
| INS | 3 | 12−00167 | LICHTENBERGER v. ZIMMER, INC. et al | 12cv10284 |
| KANSAS | | | | |
| KS | 6 | 12−01357 | Perry et al v. Zimmer, Inc. et al | 12cv10285 |
| KENTUCKY WESTERN | | | | |

| | | | | |
|---|---|---|---|---|
| KYW | 3 | 12−00683 | Hall v. Zimmer, Inc. et al | 12cv10287 |

LOUISIANA WESTERN

| | | | | |
|---|---|---|---|---|
| LAW | 3 | 12−02607 | Taylor v. Zimmer, Inc. et al | 12cv10289 |

MICHIGAN EASTERN

| | | | | |
|---|---|---|---|---|
| MIE | 2 | 12−14994 | Sippert et al v. Zimmer, Inc. et al | 12cv10290 |

MICHIGAN WESTERN

| | | | | |
|---|---|---|---|---|
| MIW | 1 | 12−00947 | Comage v. Zimmer, Inc. et al | 12cv10291 |

MISSOURI EASTERN

| | | | | |
|---|---|---|---|---|
| MOE | 4 | 12−02062 | Boy et al v. Zimmer, Inc. et al | 12cv10292 |
| MOE | 4 | 12−02221 | Fleury v. Zimmer, Inc. et al | 12cv10293 |
| MOE | 4 | 12−02222 | Herron et al v. Zimmer, Inc. et al | 12cv10294 |

NEVADA

| | | | | |
|---|---|---|---|---|
| NV | 2 | 12−02052 | Perry v. Zimmer, Inc. et al | 12cv10295 |

NEW JERSEY

| | | | | |
|---|---|---|---|---|
| NJ | 1 | 12−06819 | ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION et al v. ZIMMER, INC. et al | 12cv10296 |
| NJ | 2 | 12−05045 | FUENTES et al v. ZIMMER, INC. et al | 12cv10297 |

NEW YORK NORTHERN

| | | | | |
|---|---|---|---|---|
| NYN | 6 | 12−01404 | Ceresoli v. Zimmer, Inc. et al | 12cv10298 |

NEW YORK SOUTHERN

| | | | | |
|---|---|---|---|---|
| NYS | 7 | 12−06993 | Hurley v. Zimmer, Inc. et al | 12cv10299 |

NEW YORK WESTERN

| | | | | |
|---|---|---|---|---|
| NYW | 1 | 12−01203 | Koenig et al v. Zimmer, Inc., et al | 12cv10300 |

OHIO NORTHERN

| | | | | |
|---|---|---|---|---|
| OHN | 1 | 12−02618 | Hughes v. Zimmer, Inc., et al | 12cv10301 |
| OHN | 3 | 12−02272 | Miller v. Zimmer, Inc. et al | 12cv10302 |
| OHN | 5 | 12−02914 | McWhorter v. Zimmer Inc. et al | 12cv10303 |

OHIO SOUTHERN

| | | | | |
|---|---|---|---|---|
| OHS | 2 | 12−00709 | Heckathorn et al v. Zimmer, Inc. et al | 12cv10304 |

OREGON

| OR | 3 | 12−01172 | Spencer v. Zimmer, Inc. et al | 12cv10305 |

PENNSYLVANIA EASTERN

| PAE | 2 | 12−05252 | TUGGLE v. ZIMMER, INC. et al | 12cv10306 |
| PAE | 2 | 12−05699 | MORRIS et al v. ZIMMER, INC. et al | 12cv10307 |